# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THOMAS PILEGGI, derivatively on behalf of GREENSKY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DAVID ZALIK, ROBERT PARTLOW, GERALD BENJAMIN, JOEL BABBIT, JOHN FLYNN, GREGG FREISHTAT, NIGEL MORRIS, and ROBERT SHEFT, <br><br> Defendants, <br><br> and <br><br> GreenSky, Inc., <br><br> Nominal Defendant. | C.A. No.: 20-cv-456-CFC <br><br><br> **DEMAND FOR JURY TRIAL** |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Thomas Pileggi hereby voluntarily dismisses the above-captioned action without prejudice. Defendants have not served an answer or a motion for summary judgment.

Notice of this voluntary dismissal is not required under Fed. R. Civ. P. 23.1(c) because the dismissal is without prejudice and neither Plaintiff nor Plaintiff's counsel have received or will receive any compensation for this dismissal.

Dated: August 12, 2020

Of Counsel:

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim
275 Madison Avenue, 34th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: pkim@rosenlegal.com

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
240 Townsend Square
Oyster Bay, NY 11771
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

Respectfully submitted,

**FARNAN LLP**

/s/ Michael J. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
Telephone: (302) 777-0300
Facsimile: (302) 777-0301
Email: bfarnan@farnanlaw.com
Email: mfarnan@farnanlaw.com

*Attorneys for Plaintiff*